FILED: October 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2086
(3:22-cv-00638-RJC-SCR)

_____

CORVIAN COMMUNITY SCHOOL, INC.

   Plaintiff - Appellant

v.

C.A., individually, and by and through his parents Rich Aseltine and Courtney Aseltine; RICH ASELTINE, individually; COURTNEY ASELTINE

   Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|
| Originating Case Number | 3:22-cv-00638-RJC-SCR |
| Date notice of appeal filed in originating court: | 10/13/2023 |
| Appellant | Corvian Community School, Inc. |
| Appellate Case Number | 23-2086 |
| Case Manager | Taylor Barton<br>804-916-2702 |